

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jandy Quismundo, an individual, on behalf of herself and all other similarly situated individuals<br><br>**Plaintiff,**<br>V.<br>Trident Society, Inc., a California Corporation dba Trident Society; Neptune Society of America, Inc., a Corporation dba Neptune Society; Neptune Management Corp., a California Corporation dba Neptune Managment; SCI Direct, Inc., a Corporation; Does 1 through 20, inclusive **Defendant.** | Civil Action No. 17-cv-01930-CAB-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Plaintiff's motions, and Dismisses Without Prejudice all complaints and claims in this action. The Court exercises its discretion and declines to award fees and costs as a result of this dismissal. The Clerk of Court shall close the case. It is So Ordered.

Date: 4/25/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez
J. Gutierrez, Deputy